UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARILYN BREGMAN, as representative of the ESTATE OF MORTON BREGMAN; MARILYN BREGMAN, as heir and beneficiary of the Estate,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. CV 12-10930 BRO (FFMx)<br><br>**JUDGMENT** |

/ / /

/ / /

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Findings of Fact and Conclusions of Law filed October 2, 2014 (Docket #78),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of defendant United States of America on Plaintiffs' Complaint, and this action be DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:  October 21, 2014    _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

-1-